In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-200 CV


____________________



RUSSELL J. FAIRCHILD, Appellant



V.



JOHN E. STOCKTON, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. 60720






MEMORANDUM OPINION


 On July 17, 2003, we abated the appeal due to the commencement of bankruptcy
proceedings. On April 4, 2007, Stephen J. Zaylor, acting in his capacity as Chapter 7
Trustee for the Estate of Russell J. Fairchild, and the appellee, John E. Stockton, filed a
joint motion to dismiss this appeal with prejudice. The parties inform the Court that they
have reached an agreement to resolve all disputes between them. See Tex. R. App. P.
42.1(2). We reinstate the appeal, grant the motion, and dismiss the appeal. Costs are
taxed against the party who incurred them.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered April 19, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.